THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,

v.

URBAN DECAY COSMETICS, LLC,

Case No. 2:12-cv-00693
Judge: Frost
Corporate Disclosure Statement

　　　　Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

　　　　In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., 　　　　　　.

1.　　Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

　　　　✓　YES　　　___ NO

　　　　If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
　　　　Limited Brands, Inc. -- Corporate Parent of Victoria's Secret Stores Brand Mgmt., Inc.
　　　　_____

2.　　Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

　　　　___ YES　　　✓　NO

　　　　If the answer is YES, list the identity of such corporation and the nature of the financial interest.
　　　　_____
　　　　_____
　　　　_____

/s/ Gerald P. Ferguson　　　　　　　　　　7/31/2012
Signature of Counsel　　　　　　　　　　　Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was served upon counsel and parties via the Court's CM/ECF System, this 31st day of July, 2012.

                                          */s/ Christopher C. Wager*
                                          Christopher C. Wager